## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BERNARDO COLES,          )
                             )        Civil Action No. 12 – 238
            Petitioner,    )
                             )
            v.           )        Magistrate Judge Lisa Pupo Lenihan
                             )
LOUIS FOLINO, et al.,      )
                             )
            Respondents.   )
                             )
                             )

## ORDER

For the reasons set forth in this Court's Memorandum Opinion filed contemporaneously herewith,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

Dated:  November 4, 2014

/s/ Lisa Pupo Lenihan

Lisa Pupo Lenihan
United States Magistrate Judge


cc:   Bernardo Coles
      AS-2079
      SCI Greene
      175 Progress Drive
      Waynesburg, PA  15370
      *(Via First Class Mail)*

      Counsel of Record
      (*Via CM/ECF Electronic Mail*)